IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:20CR-258 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR PERMISSION** |
| | ) | **TO RESTRICT** |
| CHRISTOPHER FERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Christopher Fernandez, by and through undersigned counsel, and requests permission from the Court to restrict Defendant's Sentencing Brief based on the information contained therein.

WHEREFORE, Defendant prays for the relief requested and for such other and further relief as the Court may deem just and equitable.

CHRISTOPHER FERNANDEZ, Defendant,

By:   *s/Stuart J. Dornan*
STUART J. DORNAN, #18553
Attorney for Defendant
Dornan, Troia, Howard, Breitkreutz,
Dahlquist & Klein PC, LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
(402) 884-7044 (phone)
(402) 884-7045 (fax)
stu@dltlawyers.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 18, 2023, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

      Matt E. Lierman, Assistant United States Attorney

and I hereby certify that I have emailed the document to the following non CM/ECF participants:

      Chris J. Niles, Senior United States Probation and Pretrial Services Officer

                                            *s/Stuart J. Dornan*
                                            STUART J. DORNAN, #18553
                                            Attorney for Defendant