IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER J. FERNANDEZ,<br><br>Defendant. | 8:20-CR-258<br><br>**ORDER RESCINDING WARRANT** |

On June 11, 2026, an Amended Petition for Warrant or Summons for Offender Under Supervision was filed against defendant Christopher J. Fernandez, averring that the defendant tested positive for marijuana and failed to report for drug tests in violation of the defendant's mandatory conditions of supervision. Filing 108 at 2. The Amended Petition also avers that the defendant consumed alcohol and has failed to participate in treatment as directed in violation of the defendant's special conditions of supervision. Filing 108 at 2–3. The Court issued a Bench Warrant for the defendant's arrest that same day. Filing 108 at 4. The defendant was never arrested pursuant to the warrant.

On June 11, 2026, the Probation Officer informed the Court that she received notice that the defendant returned to residential treatment at Centerpointe and was accepted by Centerpointe to resume treatment. On June 15, 2026, the Probation Officer informed the Court that the defendant remains at Centerpointe, and the Probation Officer made an Oral Motion to Rescind the Warrant. The bench warrant for the defendant's arrest was not executed. Because the defendant has resumed treatment at Centerpointe, the Court will rescind the warrant for the defendant's arrest. Accordingly,

IT IS ORDERED:

1. The June 11, 2026, arrest warrant for defendant Christopher J. Fernandez, Filing 109, is rescinded.

Dated this 16th day of June, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge